UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWNEE O'DONNELL | : | CIVIL NO. 3:15CV01191(AWT) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT | : | |
| HEALTH CENTER | : | |
| *Defendant* | : | April 15, 2016 |

## JOINT STATUS REPORT

Per Judge Thompson's Order of December 16, 2015 (Doc. # 15) to file a Joint Status Report by April 18, 2016, the parties submit the following:

**(a)   STATUS OF CASE**

- On August 5, 2015, the plaintiff filed her Complaint.  (Doc. #1).

- On September 24, 2015, the defendant filed its Answer and Affirmative Defenses (Doc. # 13)

- On September 25, 2015, the parties filed the Rule 26(f) Planning Meeting Report. (Doc. # 14).

- On December 16, 2015, the Court issued a Scheduling Order, setting a discovery deadline of July 1, 2016 and a dispositive motion deadline of August 1, 2016.  (Doc. # 15). The Court also ordered a Joint Status Report be filed by April 18, 2016.

### Written Discovery

- Defendant propounded discovery on the plaintiff on or about November 27, 2015.

Plaintiff responded to the written discovery on or about January 15, 2016.

**Depositions**

- The defendant intends on taking the deposition of the plaintiff prior to the close of discovery. It also plans on filing a motion for summary judgment after discovery closes.

- The plaintiff intends on taking the deposition of her former supervisor, Rob Ramonas, as well as the deposition of the Health Services Administrator, Brian Liebel.

- Discovery closes on July 1, 2016.

**(b)    INTEREST IN SETTLEMENT**

- The parties have not yet discussed settlement.

**TRIAL WITH MAGISTRATE JUDGE**

- At this time, the parties do not consent to a trial before a Magistrate Judge.

**(c)    ESTIMATED TRIAL LENGTH**

- At this time, it is unclear to the defendant how long a trial in this matter will take.

- Plaintiff estimates that it will take 2 days for trial.

The parties have had a cordial relationship and the parties do not believe there is any need for Court intervention at this time.

PLAINTIFF
SHAWNEE O'DONNELL


BY: _/s/_ Thomas Bucci
Thomas Bucci
Willinger, Willinger & Bucci, P.C.
855 Main Street, 5th Floor
Bridgeport, CT  06604
Tel: (203) 366-3939
Tel: (203) 337-4588
E-mail: thomasbucci@outlook.com
 Federal Bar # ct07805
HER ATTORNEY



DEFENDANT
UNIVERSITY OF CONNECTICUT
HEALTH CENTER

GEORGE JEPSEN
ATTORNEY GENERAL


By: */s/ Stephen J. Courtney*
Stephen J. Courtney
Assistant Attorney General 55 Elm
Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.:  (860) 808-5340
Fax:  (860) 808-5383
Email: Stephen.Courtney@ct.gov
Federal Bar #  ct11650

## **CERTIFICATION**

     I hereby certify that on April 15, 2016 a copy of the foregoing Joint Status Report was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                */s/ Stephen J. Courtney*
                                                Stephen J. Courtney (#ct11650)
                                                Assistant Attorney General