```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
------------------------------ x
SHAWNEE O'DONNELL,
                                      Civil No. 3:15cv1191(AWT)
      Plaintiff,

v.

UNIVERSITY OF CONNECTICUT
HEALTH CENTER,

      Defendant.
------------------------------ x
```

## ORDER

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before January 12, 2018.

If the parties wish to file a stipulation (for approval by the court or simply for inclusion in the court's file), they may do so on or before January 12, 2018.

The deadline set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

It is so ordered.

Dated at Hartford, Connecticut this 12th day of December, 2017.

```
                               /s/AWT
                          Alvin W. Thompson
                       United States District Judge
```