# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWNEE O'DONNELL | : | CIVIL NO. 3:15CV01191(AWT) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT | : | |
| HEALTH CENTER | : | |
| *Defendant* | : | January 31, 2018 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Shawnee O'Donnell, and the Defendant, University of Connecticut Health Center, through counsel, hereby stipulate to a dismissal with prejudice of the above-captioned matter as to the defendants, without any award of attorney's fees or costs to any party.

PLAINTIFF
SHAWNEE O'DONNELL

BY: /s/ Thomas Bucci
Thomas Bucci
Willinger, Willinger & Bucci, P.C.
855 Main Street, 5th Floor
Bridgeport, CT  06604
Tel: (203) 366-3939
Tel: (203) 337-4588
E-mail: thomasbucci@outlook.com
Federal Bar # ct07805
HER ATTORNEY

DEFENDANT
UNIVERSITY OF CONNECTICUT,
HEALTH CENTER

GEORGE JEPSEN
ATTORNEY GENERAL

By:    /s/ *Stephen J. Courtney*
        Stephen J. Courtney
        Assistant Attorney General
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel:  (860) 808-5340
        Fax:  (860) 808-5383
        Email:  Stephen.Courtney@ct.gov
        Federal Bar # ct11650

## CERTIFICATION

I hereby certify that on January 31, 2018, a copy of the foregoing Joint Stipulation of Dismissal with Prejudice was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        /s/ Stephen J. Courtney
        Stephen J. Courtney (#ct11650)
        Assistant Attorney General
        Office of the Attorney General